## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| NANCY WATSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 08-0275-CG-C |
| | ) |
| JNR ADJUSTMENT COMPANY, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Due to the plaintiff's failure to comply with the court's orders (Docs. 5,6) and to prosecute this action, and upon consideration of the alternatives that are available to the court, it is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the court's orders and to prosecute this action. See  Link v. Wabash R. R., 370 U.S. 626, 630, 82 S.Ct. 1836, 8 L.Ed.2d 734 (1962) (interpreting Rule 41(b) not to restrict the court's inherent authority to dismiss sua sponte an action for lack of prosecution).

**DONE and ORDERED** this 1st day of August, 2008.

                                        /s/ Callie V. S. Granade
                                  CHIEF UNITED STATES DISTRICT JUDGE